UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEF R. OAKES,<br><br>          Petitioner,<br><br>   v.<br><br>STEPHEN SMITH,<br><br>          Respondent. | Case No. 25-cv-03509-EKL<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner proceeding pro se, filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted an application for leave to proceed in forma pauperis ("IFP"). ECF No. 2. A copy of the Court's form for applications to proceed IFP was provided with the notice. He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee, filed an application to proceed IFP, or otherwise communicated with the Court. The case is DISMISSED without prejudice. To proceed with this case, petitioner must file a brief motion to reopen and pay the filing fee or file a complete motion to proceed IFP. A certificate of appealability is DENIED.

**IT IS SO ORDERED.**

Dated: June 20, 2025

Eumi K. Lee
United States District Judge