UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEF R. OAKES,<br>          Petitioner,<br>v.<br>STEPHEN SMITH,<br>          Respondent. | Case No. 25-cv-03509-EKL<br><br>**ORDER REOPENING CASE**<br>Re: ECF No. 11 |

On April 22, 2025, Petitioner Josef R. Oakes filed a petition for writ of habeas corpus. ECF No. 1. On the same day, the Court sent him notice that he needed to pay the filing fee or file an application to proceed *in forma pauperis* ("IFP") or risk dismissal. ECF No. 2. Oakes did not pay the filing fee or file a motion to proceed IFP. On June 20, 2025, the Court dismissed the matter without prejudice and instructed Oakes that his case would be reopened when he filed a motion to reopen and either paid the filing fee or submitted a completed application to proceed IFP. *See* ECF No. 6.

On October 3, 2025, the Court received a letter from Oakes stating that he had filed multiple applications to proceed IFP but had not heard from the Court. ECF No. 11. Upon review, it appears that Oakes mailed a copy of the petition with his IFP application and the Court inadvertently opened the matter as a new action. *See* Case No. 25-cv-06136-EKL (filed Jul. 22, 2025). Oakes' IFP applications were also inadvertently docketed in the new case file. *See* Case No. 25-cv-06136, ECF Nos. 2, 4.

Accordingly, the Court will construe Oakes' attempts to file an IFP application with a copy of the instant petition for writ of habeas corpus as a motion to reopen this lawsuit. The motion to reopen this case is GRANTED.

1   The Clerk is directed to reopen the instant lawsuit and docket the IFP applications (Case
2   No. 25-cv-06136, ECF Nos. 2, 4) in the instant lawsuit. The Court will issue separate orders
3   dismissing the duplicate case and addressing Oakes' pending applications to proceed IFP.

4   **IT IS SO ORDERED.**

5   Dated: October 14, 2025

_____
Eumi K. Lee
United States District Judge